[No. 67202-9-I.   Division One.   September 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. EDMOND CUMMINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04140-7, Joan E. DuBuque, J., entered April 11, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Ellington, J.

[No. 67240-1-I.   Division One.   September 10, 2012.]

WELLS FARGO BANK, NA, *Plaintiff*, JPRD INVESTMENTS, LLC, *Respondent*, v. THEARY NGY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-03661-7, Michael Heavey, J., entered June 1, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Leach, C.J., concurred in by Cox and Schindler, JJ.

[Nos. 67846-9-I; 67847-7-I.   Division One.   September 10, 2012.]

*In the Matter of the Dependency of* A.B. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. JASON BUTCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-7-00810-8, Bruce I. Weiss, J., entered October 18, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Ellington, J.